## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF BUCCAL CELLS FROM THE PERSON OF JASON JOHNSON-RIVERA, a/k/a "OUDA" | No. 2:24-mj-211-KFW |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Jonathan Duquette, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the U.S. Border Patrol and have been in this position since December 2009. In my career, I have utilized various investigative tools and techniques, to include the use of search warrants.

2. I am currently investigating JASON JOHNSON-RIVERA, a/k/a "Ouda" (hereafter "JOHNSON-RIVERA") for offenses including violations of federal law, including 21 U.S.C. §§ 841, 846, and 18 U.S.C. § 36 (the "Target Offenses").

3. I submit this affidavit in support of an application for a search warrant to collect deoxyribonucleic acid ("DNA"), saliva, and buccal cell samples from JOHNSON-RIVERA, as further described in Attachment A. JOHNSON-RIVERA is currently incarcerated on unrelated state charges in the Bristol County Jail and House of Corrections in North Dartmouth, Massachusetts. JOHNSON-RIVERA is expected to be arrested on June 24, 2024, on an outstanding federal arrest warrant for the Target Offenses and transported to Strafford County Department of Corrections in Dover, New

Hampshire. JOHNSON-RIVERA is scheduled to make an initial appearance in United States District Court, District of Maine, on June 25, 2024. This warrant, if granted, will be executed once JOHNSON-RIVERA is in the District of Maine on June 25, 2024. Law enforcement is seeking the requested DNA samples, as further described in Attachment B, as part of an ongoing investigation into JOHNSON-RIVERA's commission of the Target Offenses.

4. The requested DNA samples from JOHNSON-RIVERA will allow agents, forensic examiners, and/or experts in DNA analysis to analyze and compare JOHNSON-RIVERA's DNA to items obtained from a search of a vehicle and surrounding areas that were involved in a drive-by shooting that occurred in Saco, Maine on February 9, 2024. JOHNSON-RIVERA has been identified as likely being in the vehicle at the time of the shooting.

5. The facts in this affidavit come from my personal observations, my review of records and reports, my training and experience, and information obtained from other agents, officers, and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested search warrant.

## PROBABLE CAUSE

6. For reference, a criminal complaint affidavit has been filed in the United States District Court, District of Maine Case No. 2:24-mj-139-KFW and is attached as Exhibit B. Additionally, a previous search warrant affidavit has been filed in the United States District Court, District of Maine Case No. 2:24-mj-54-KFW and is attached as Exhibit A which outlines the identification of JOHNSON-RIVERA, JOSHUA ESTRADA, YANCARLOS ABRANTE, and ANTHONY BUTLER as subjects of the investigation.

7. As partially documented in Paragraph 9 of Exhibit A, items were recovered during this investigation that could contain DNA. After consulting with the FBI Laboratory Division, the items recovered during this investigation that were deemed suitable for DNA testing were submitted to the FBI Laboratory Division with a request to recover DNA evidence for comparison to a known sample from JOHNSON-RIVERA.

**DNA SWABBING**

8. In order to compare any DNA from items recovered during the investigation, law enforcement needs a DNA sample known to be from JOHNSON-RIVERA. A sample of JOHNSON-RIVERA's DNA can be obtained by taking a saliva and buccal swab sample from the inside of JOHNSON-RIVERA's mouth.

9. I know from experience and from conversations with other members of law enforcement that DNA is found in human tissue and provides a genetic "blueprint" for each person. It is unique to each person (except identical twins), and it has accordingly been used by forensic chemists in a manner similar to fingerprints, that is, to identify individuals who have left their DNA behind at crime scenes or on items of evidence. DNA evidence is potentially extremely accurate as a means of identifying individuals. DNA can be found in any number of bodily tissues, including blood, hair, bone, and saliva.

10. Based on my training and experience, I am aware that the act of touching a surface can lead to the transference of touch DNA (i.e., DNA that is transferred via skin cells). Accordingly, a DNA sample suitable for comparison may be obtained by swabbing the inside of a person's mouth.

11. Samples taken from JOHNSON-RIVERA will be compared to the profiles identified from items recovered during the investigation. A comparison showing a

match would be evidence tending to show that JOHNSON-RIVERA committed the Target Offenses.

## CONCLUSION

12. Based on the information detailed above and in Exhibits A and B, I have probable cause to believe that JOHNSON-RIVERA committed the Target Offenses.

13. Based on the information described above, there is probable cause to believe that JOHNSON-RIVERA's DNA would constitute evidence of the Target Offenses, in that a buccal swab for DNA of JOHNSON-RIVERA, as described in Attachment B, will permit DNA comparison to items already collected in this investigation.

Respectfully submitted,

_____
Jonathan Duquette
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jun 24 2024

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title